THOMAS E. HAMES, ESQ.
Nevada Bar No. 5658
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Tel:   (720) 963-7019
Fax:   (720) 963-7001
thames@travelers.com

Attorney for Defendants **APA LOGISTICS, LLC And CALEB DEQUESADA**

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| TRANSPORT CORPORATION OF AMERICA, INC. dba TRANSPORT AMERICA, a Minnesota Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>APA LOGISTICS, LLC, a Florida Limited Liability Company; CALEB DEQUESADA, individually; DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00568<br><br>**CASE CLOSED IN DISTRICT COURT 4-6-15** |

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff TRANSPORT CORPORTION OF AMERICA, INC. dba TRANSPORT AMERICA, appearing by and through their counsel, Norman A. Ryan, Esq. of RYAN CARVALHO & WHITE LLP, and Defendant APA LOGISTICS, LLC, by and through its counsel, Thomas E. Hames, Esq. of RAY LEGO & ASSOCIATES, hereby stipulate to

///
///
///
///
///
///

1

1 | dismissal of this case, with prejudice, each party to bear their own attorneys' fees and costs.

2 | Dated this 26th of FEBRUARY, 2016.   Dated this 9th of ~~FEBRUARY~~ March, 2015.

| RYAN CARVALHO & WHITE, LLP | RAY LEGO & ASSOCIATES |
|---|---|
| _____ | _____ |
| NORMAN A. RYAN, ESQ. | THOMAS E. HAMES, ESQ. |
| Nevada Bar No. 005760 | Nevada Bar No. 005658 |
| 1120 Town Center Drive, Ste. 200 | 7450 Arroyo Crossing Parkway, Ste. 250 |
| Las Vegas, NV 89144 | Las Vegas, NV 89113 |
| Tel:  (702) 880-9222 | Tel:  (720) 963-7019 |
| Fax: (702) 880-9221 | Fax: (720) 963-7001 |
| nryan@ryanlitigators.com | thames@travelers.com |
| | |
| Attorneys for Plaintiff **TRANSPORT CORPORATION OF AMERICA, INC. dba TRANSPORT AMERICA** | Attorneys for Defendants **ABA LOGISTICS, LLC and CALEB DEQUESADA** |

## ORDER

IT IS SO ORDERED that this matter be dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this 16th day of March, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted By:

RAY LEGO & ASSOCIATES


_____
THOMAS E. HAMES, ESQ., #005658
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113

**Attorneys for Defendants**
**APA LOGISTICS, LLC And CALEB DEQUESADA**

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

## CERTIFICATE OF SERVICE

STATE OF NEVADA, COUNTY OF CLARK

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Clark, State of Nevada. My business address is 1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144.

On March 9, 2016, I served a true copy of the following document described as **STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

Thomas E. Hames, Esq.
RAY LEGO & ASSOCIATES
6060 S. Willow Dr., Suite 100
Greenwood, CO 80111
(720) 963-7000 / Facsimile: (720) 963-7001
Email: thames@travelers.com
*Attorney for Defendants,*
*APA Logistics, LLC and CALEB DEQUESADA*

**BY CM / ECF FILING SYSTEM AND MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the person at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Ryan Carvalho & White LLP's practice for collecting and processing correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one business day after the date of deposit for mailing in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Rachel Burke-Raines*
RACHEL BURKE-RAINES, an Employee of
RYAN CARVALHO & WHITE LLP